```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF KENTUCKY
                           ASHLAND DIVISION


IN RE:

JACKIE BAILEY and                               CASE NO. 05-10436
PEGGY BAILEY

DEBTORS

JACKIE BAILEY and
PEGGY BAILEY                                    PLAINTIFFS

v.                                              ADV. NO. 08-1007

SALYERSVILLE NATIONAL BANK                      DEFENDANT
```

**JUDGMENT ORDER**

A Memorandum Opinion having been entered separately, the Court hereby orders:

1. The reaffirmation agreement of June 22, 2005, is VOID; and judgment is entered for Plaintiff as to Plaintiff's First Cause of Action: For Declaratory and Injunction Relief.

2. Salyersville National Bank is hereby ordered to refund to the Debtors all payments made after entry of the reaffirmation agreement that have not previously been recovered by the trustee by April 30, 2009.

3. Salyersville National Bank may not seek to collect on a deficiency claim.

4. Plaintiff's requests for sanctions and/or attorney fees are OVERRULED.

5. Judgment is entered for Defendant as to Plaintiff's Second Cause of Action: Violation of Gramm-Leach-Bliley Act, 14 U.S.C. Subchapter I, §6801-6809.

6. Judgment is entered for Defendant as to Plaintiff's Third

Cause of Action: Contempt of Court and Violation of Federal District Court and Bankruptcy Court orders and Policies Against Disclosure of Personal Identifiers and Sensitive Data.

    7. Judgment is entered for Defendant as to Plaintiff's Fourth Cause of Action: Contempt of Court and Violation of Federal Rule of Bankruptcy Procedure 9037 by Failure to Redact Nonpublic Information.

COPIES TO:

Carole M. Friend, Esq.
John Thomas Hamilton, Esq.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Joseph M. Scott*
**Bankruptcy Judge**
**Dated: Thursday, April 02, 2009**
**(jms)**